NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**HARVEST INSTITUTE FREEDMAN FEDERATION, WILLIAM WARRIOR AND BLACK INDIANS UNITED LEGAL DEFENSE FUND,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2010-5104

---

Appeal from the United States Court of Federal Claims in case no. 06-CV-907, Senior Judge Robert H. Hodges, Jr.

---

## ON MOTION

---

## ORDER

Upon consideration of the appellants' motion for an extension of time, until August 16, 2010, to file their brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 4 2010

Date

/s/ Jan Horbaly

Jan Horbaly

Clerk

cc: Percy Squire, Esq.
    Daniel G. Steele, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 4 2010

JAN HORBALY
CLERK